UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-14291-CV-MIDDLEBROOKS
MAGISTRATE JUDGE REID

LAGERIAN THURSTON,

Petitioner,

v.

ST. LUCIE SHERIFF'S OFFICE,
    Respondent.
    _____/

## **REPORT OF MAGISTRATE JUDGE RECOMMENDING DISMISSAL**

### I. **Introduction**

Petitioner has submitted a Petition to the Court alleging that he was falsely arrested and wrongfully convicted for a shooting he claims he did not commit. [ECF No. 1]. He states that the "petition is clearly written to your honorable office and foundation for exact information's pertaining to lawsuit for cause of explanation [sic]." [*Id.* at 1]. Petitioner proceeds to argue that he was wrongfully convicted. [*Id.* at 4]. Petitioner states that he was "told to contact this court and office of clerk for your undivided attention." [*Id.* at 5-6]. He closes by stating, "I am in true need of your advice of cause." [*Id.* at 6].

Since Petitioner has not expressly stated that that he is seeking relief under any statute or law the Court will not consider this petition as filed pursuant 28 U.S.C. § 2254.¹ Although the clerk has docketed this Petition as a prisoner civil rights case under 42 U.S.C. § 1983 there is no indication in the pleading that Petitioner is seeking damages for a violation of his constitutional rights. Petitioner has neither paid a filing fee or filed a motion to proceed *in forma pauperis*.

This cause has been referred to the Undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B), (C) and Administrative Order 2019-2. [ECF No. 2]. No order to show cause has been issued because the Petition, as filed, is subject to **DISMISSAL** for lack of jurisdiction.

## II. Discussion

Article III of the U.S. Constitution empowers federal courts to hear "Cases" or "Controversies." U.S. Const. art. III, § 2; *see Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 572 U.S. 118, 125 (2014). However, "no justiciable 'controversy' exists when parties ... ask for an advisory opinion." *Massachusetts v. EPA*, 549 U.S. 497, 516 (2007). "Federal courts may not . . . give opinion[s] advising what the law

---

1 Even if this were considered a § 2254 petition it would be dismissed as both successive and untimely. *See Thurston v. Jones*, 16-14528-CV-KAM, [ECF Nos. 10, 12], Report and Order Dismissing Petition.

would be upon a hypothetical state of facts." *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) (quotation omitted).

Petitioner, as best can be discerned, is asking the Court for advice regarding a cause of action he might pursue. [ECF No. 1 at 6]. He provides a brief explanation of the circumstances of his arrest and conviction in a state criminal proceeding. [*Id*. at 2-7]. He contends that he was falsely arrested and wrongfully convicted [*Id*.]. It appears that Petitioner would like the court to provide him with advice regarding a challenge to his continued detention after his conviction. This Court may not provide the advisory opinion as requested in Petitioner's letter.

### III.   Recommendation

Since the Court lacks jurisdiction to issue the requested advisory opinion, the Petition [ECF No. 1] should be **DISMISSED.**

Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the court. Failure to do so will bar a de novo determination by the District Judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**SIGNED** this 2nd day of October, 2020.

                           _____
                           UNITED STATES MAGISTRATE JUDGE

cc: **Lagerian Thurston**
      K64828
      Martin Correctional Institution
      Inmate Mail/Parcels
      1150 SW Allapattah Road
      Indiantown, FL 34956
      *PRO SE*