UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-14291-MIDDLEBROOKS/Reid

LAGERIAN THURSTON,

    Plaintiff,

v.

ST. LUCIE COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), filed October 2, 2020. (DE 4). The Report recommends dismissal of Plaintiff's Complaint on jurisdictional grounds. (DE 1). Plaintiff did not file timely objections to the Report.[1]

In his Complaint, Plaintiff does not bring any cause of action but instead sets forth certain facts underlying his state court criminal case that led to what Plaintiff claims is a wrongful conviction. Ultimately, Plaintiff requests the "advice" of this Court on how he should proceed given these facts. (DE 1 at 6). The Report concludes that Plaintiff seeks an impermissible advisory opinion, instead of bringing a live case or controversy, and therefore must be dismissed for lack of justiciability. After a careful review of Judge Reid's Report and the record in this case, I agree with the Report's recommendations. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

---

[1] However, on October 23, 2020, one week after the objections period had expired, Plaintiff submitted a filing, which he styled as "Motion of Forma Pauperis too Proceed in Lawsuit [sic]." (DE 5 at 1). Careful review of this largely unintelligible submission reveals that it does not respond in any substantive way to Judge Reid's factual findings or legal conclusions. For this reason, I decline to construe Plaintiff's Motion as objecting to the Report.

(1) The Report (DE 4) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) This case is **DISMISSED**.

(3) The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE** and **DENY** all pending Motions as **MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 30th day of October, 2020.

Donald M. Middlebrooks
United States District Judge